## HOUSTON BELT & TERMINAL RAILWAY CO. ET AL. *v.* UNITED STATES ET AL.

No. 730.   Decided March 10, 1958.

*R. S. Outlaw, T. R. Ware, G. W. Holmes* and *C. M. Spence* for appellants.

*Solicitor General Rankin, Assistant Attorney General Hansen, Henry Geller, Robert W. Ginnane* and *B. Franklin Taylor, Jr.* for the United States and the Interstate Commerce Commission, and *C. Brien Dillon* for the Texas & New Orleans Railroad Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.